IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG SCOTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and PROTESTANT MEMORIAL MEDICAL CENTER, INC.,<br><br>　　　　Defendants. | Case No. 3:18-CV-629-NJR |
| UNITED STATES OF AMERICA, on behalf of the U.S. Air Force,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>OLGA RUDOMIOTOV, M.D., HANS H. MOOSA, M.D., and PROTESTANT MEMORIAL MEDICAL CENTER, INC.,<br><br>　　　　Third-Party Defendants. | |
| UNITED STATES OF AMERICA, on behalf of the U.S. Department of Health & Human Services<br><br>　　　　Third-Party/Crossclaim Plaintiff,<br><br>v.<br><br>OLGA RUDOMIOTOV, M.D., HANS H. MOOSA, M.D., and PROTESTANT MEMORIAL MEDICAL CENTER, INC.,<br><br>　　　　Third-Party/Crossclaim Defendants. | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

　　Pending before the Court is the unopposed Motion to Dismiss Third-Party Claims for Contribution against Dr. Olga Rudomiotov filed by the United States of America, on behalf of the U.S. Air Force and U.S. Department of Health & Human Services (Doc. 160). Pursuant to Federal

Rules of Civil Procedure 41(a)(2) and 41(c), the third-party claims for contribution against Dr. Rudomiotov (Docs. 71, 97), filed in relation to Case Nos. 18-cv-629-NJR and 19-cv-1029-NJR, are hereby dismissed. Dr. Rudomiotov is currently listed as a third-party defendant on the docket in Case No. 18-cv-629. The docket shall reflect Dr. Rudomiotov as terminated as a third-party defendant to the contribution claims.

Accordingly, the Court **DISMISSES** Defendant United States of America's third-party claims and crossclaims against Defendant Dr. Olga Rudomiotov without prejudice. Each party shall bear its own costs, expenses, and fees. The Clerk's Office is **DIRECTED** to terminate Defendant Dr. Olga Rudomiotov as a party to this action.

**IT IS SO ORDERED.**

DATED:   September 20, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**